UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20732-CIV-LENARD/GARBER

FLUSHING GROUP, LLC,

    Plaintiff,

v.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A., CHAVA
EVE GENET and DAVID ARIE MESSINGER,

    Defendants.
_____/

**ORDER**

    THIS CAUSE came before the Court upon Defendants' Motion to Compel Plaintiff to Answer the First Set of Interrogatories and to Respond to the First Request for Production and for Sanctions [DE 34], filed on November 10, 2008. Plaintiff has not filed a response in opposition.

    THIS COURT has reviewed the file and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

    ORDERED that Defendants' Motion to Compel Plaintiff to Answer the First Set of Interrogatories and to Respond to the First Request for Production and for Sanctions is GRANTED. It is further

    ORDERED that Plaintiff shall have five (5) days from the entry of this Order within which to answer the first set of interrogatories, in full and without objections, and to produce all documents responsive to the first request for production of documents. It is further

ORDERED that Plaintiff shall be sanctioned for its failure to provide timely responses to the defendants' discovery requests. Defendants shall, on or before ten days from the date of this Order, file a statement of time expended on the Motion to Compel, together with their hourly rates for legal services.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of December, 2008.

/s/ Barry L. Garber
BARRY GARBER
UNITED STATES MAGISTRATE JUDGE