UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20732-CIV-LENARD/GARBER

FLUSHING GROUP, LLC

    Plaintiff,

v.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A., et al.

    Defendant.
_____/

**ORDER**

    Pursuant to the Court's procedures, Defendants' Motion to Compel Responses to Interrogatories and Requests for Production was placed on the Court's Discovery Calendar. After hearing arguments by each side, the Court hereby ORDERS the following:

    1. Plaintiff has twenty days to fully respond to Defendants' Interrogatories and Requests for Production. Local and Federal Rules require any objections to interrogatories or requests for production be timely and stated with specificity. S.D. Fla. L.R.26.1(G)(3)(a), Fed. R Civ. P. 33(b)(4). As Plaintiff has failed to do this, any objections it may have had are waived.

    2. Defendants' Motion for sanctions is DENIED without prejudice.

    DONE AND ORDERED in Chambers at Miami, Florida this 5th day of December 2008.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE