UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-20732-CIV-JAL

FLUSHING GROUP, LLC,

      Plaintiff,

v.

STEARNS WEAVER MILLER, et al.,

      Defendants.
_____/

### PLAINTIFF'S NOTICE OF CONSENT TO STAY OF ACTION

Defendants filed a Motion to Stay this Action (DE 8) based on the pendency of a state circuit court case to which the Plaintiff, is a party. Defendants are not parties to that state court litigation. Plaintiff originally opposed the Defendant's Motion (DE 12), but now consents to staying this action, provided that this case remains pending and is *not* administratively closed so that there will be no statute of limitations issues.

The relief sought/consented to by the Plaintiff is proper. As stated in Moorer v. Demopolis Waterworks & Sewer Bd., 374 F.3d 994, 998 (11th cir. 2004), "we now join our sister circuits in holding that a stay, not a dismissal, is the proper procedural mechanism for a district court to employ when deferring to a parallel state-court proceeding under the Colorado River doctrine…..Mahaffey, et al. v. Bechtel Assoc. Prof'l Corp. D.C., et al., 226 U.S. App. D.C. 7, 699 F.2d 545, 546-7 (D.C. Cir. 1983) (holding that a stay "effectively conserve[s] court resources while avoiding premature rejection of the litigant's access, as specified by statute, to a federal forum"). A stay is preferred because it lessens the concerns associated with statute of limitations, brings "the federal

action back before the same federal judge that had previously considered the case . . . [and] it protects the rights of all the parties without imposing any additional costs or burdens on the district court."

Plaintiff desires to conserve judicial resources by bringing its changed position to the Court's attention so the Court need not rule on any other pending motions. Plaintiff's counsel conferred with Roberto Martinez, Esq., counsel for the Defendants, who could not commit to a definitive position on whether to oppose or consent to the relief sought herein.

## CONCLUSION

Based on the foregoing, Defendants' request for a stay should be granted and this action should be stayed until the conclusion of Flushing Group, LLC v. Brickell Flatiron, LLC, Miami-Dade Circuit Court Case No; 06-9467 CA 06, or until either party to this action requests that the stay be lifted and that the case proceed.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: Mark Goldstein
Fla. Bar No: 882186
Counsel for Plaintiff
Email: mgoldstein@wolfelawmiami.com
Wolfe & Goldstein, P.A.
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Tel: 305-381-7115 /   Fax: 305-381-7116