UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-20732-CIV-JAL

FLUSHING GROUP, LLC,

    Plaintiff,

v.

STEARNS WEAVER MILLER, et al.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Flushing Group, LLC, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses this action, without prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    By: Mark Goldstein
    Fla. Bar No: 882186
    Counsel for Plaintiff
    Email: mgoldstein@wolfelawmiami.com
    Wolfe & Goldstein, P.A.
    100 S.E. Second Street, Suite 3300
    Miami, Florida 33131
    Tel: 305-381-7115 / Fax: 305-381-7116