UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-20732-CIV-JAL

FLUSHING GROUP, LLC,

    Plaintiff,
v.

STEARNS WEAVER MILLER, et al.,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS

Plaintiff, Flushing Group, LLC, responds to Defendants' Motion for Sanctions of December 31, 2008, and states:

### CASE HISTORY

Plaintiff, Flushing Group, LLC, filed this action against the Defendants because Defendants improperly represented the buyer (Plaintiff) and seller in a complex commercial real estate transaction, never sought or obtained a waiver of such conflict, and ultimately released Plaintiff's one million dollar deposit to the seller against the Plaintiff's instructions and without Plaintiff's consent. Based on this conduct, as well as other wrongdoings on the part of the Defendants, Plaintiff sued the Defendants.

Defendants filed a Motion to Stay this Action (DE 8) based on the pendency of a companion state court case involving the underlying dispute between the buyer (Plaintiff) and the seller. Defendants, on December 11, 2008, in the Joint Scheduling Report (DE 57) continued to take the position that this action should be stayed. Plaintiff initially opposed the stay (DE 12), but on December 16, 2008, filed its Consent to the Defendants'

Motion to Stay (DE 62). Upon receipt of Plaintiff's Consent to Stay, Defendants, in the utmost of bad faith, filed a notice withdrawing their motion to stay (DE 63). The withdrawal of Defendants' Motion to Stay compelled the Plaintiff to file its own Motion to Stay (DE 66).[1]

On December 31, 2008, Plaintiff voluntarily dismissed this action and thereby made a tactical decision, to prosecute its case in the state court system against the seller first, rather than fighting an expensive war on two fronts. Notwithstanding Plaintiff's decision to dismiss this action, Defendants have now vengefully filed a Motion for Sanctions regarding moot discovery issues in this dismissed case. Defendants' motion should be denied for numerous reasons.

## I.   THE COURT'S ORDER DISMISSED THIS ACTION

On December 31, 2008, Plaintiff filed a Notice of Voluntary Dismissal of this action (DE 69). On January 5, 2009, Judge Lenard reviewed the dismissal notice and entered an Order dismissing the case based on the voluntary dismissal and ruled that *"this case is closed and all pending motions are denied as moot"* (DE 70). Thus, under the Court's Order, this case is closed and all motions, including Defendants' Motion for Sanctions of December 31, 2008, have been denied.

---

[1] The Plaintiff's Motion for Stay alleged "If the Court is not inclined to stay this action, the undersigned counsel will be taking primary responsibility for this file and needs sixty days to meet with the client who is based in New York to obtain and then provide all of the necessary discovery responses and initial disclosures regarding this underlying complex real estate transaction involving over forty million dollars. Additionally, the undersigned will need to gather, catalogue and also produce all of the documents in the possession of Plaintiffs other counsel." Plaintiff discharged George Blutstein, Esq., on December 15, 2008, and requested that he withdraw from this action. Plaintiff was in the process of removing Jeffrey Weissman, Esq., as co-counsel, but since this case was voluntarily dismissed on December 31, 2008, no substitution was filed.

II.     DEFENDANTS FAILED TO CONFER PRIOR TO FILING THEIR MOTION

Prior to filing a motion the movant's counsel is required to confer in good faith in an attempt to resolve the dispute and certify in the motion that he/she has conferred with opposing counsel. S.D.Fla.L.R. 7.1A.3. Neither of these requirements were complied with. In fact, as shown by the attached e-mails, at 10:44 a.m., on December 31, 2008, the Defendants' first notified the undersigned that they would be pursuing a motion for sanctions, 4 minutes later the sanctions motion was scanned and sent by Defendants' counsel's secretary (Aurora Diaz) to Defendants' counsel (Tarbe) and then was forwarded at 11:11 a.m. to the Plaintiff's counsel. Based on this blatant violation of the local rules Defendants' motion should be denied and Plaintiff should be awarded its legal fees incurred in responding to this motion.

III. MAGISTRATE LACKS JURISDICTION TO HEAR SANCTIONS MOTION

On December 22, 2008, the parties filed their Joint Consent to Jurisdiction by a United States Magistrate Judge (DE 65). In that document the parties did not consent to allowing the Magistrate to hear any matters. In light of this election by the parties, it would be improper for the Magistrate to hear the Defendants' Motion for Sanctions.[2]

IV. PLAINTIFF NEVER VIOLATED ANY ORDER

Plaintiff filed a Motion to Stay this case on December 22, 2008 (DE 66). In that motion, Plaintiff also requested an additional sixty days to comply with the initial disclosures and the discovery order which are the subject of Defendants' Motion for Sanctions. Plaintiff's Motion to Stay was filed prior to the time required for the initial disclosures and prior to the time for the Plaintiff to comply with the Magistrate's Order

---

[2] See Order to Show Cause of December 15, 2008 (DE 61), which stated "the parties shall file a Consent to Jurisdiction form indicating consent or non-consent to issues before a U.S. Magistrate Judge."

3

compelling discovery. Plaintiff required this enlargement of time because it was in the process of switching lawyers and the undersigned needed time to obtain the files and documents from prior counsel and the client and then to analyze the case and the import of the documents to adequately respond to outstanding discovery and provide the initial disclosures.

The Court never ruled on Plaintiff's Motion to Stay and instead of awaiting the Court's ruling, Plaintiff elected to dismiss the case. Under the circumstances, Plaintiff never violated any Order because in its Motion to Stay it alternatively sought an enlargement of time to provide the initial disclosures and to comply with the outstanding discovery order.

## CONCLUSION

No sanctions should be imposed on the Plaintiff in this dismissed action. Instead, sanctions should be imposed on the Defendants' for wasting the Magistrate's time by filing a vindictive and unnecessary motion in a closed case.

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: Mark Goldstein
Fla. Bar No: 882186
Counsel for Plaintiff
Email: mgoldstein@wolfelawmiami.com
Wolfe & Goldstein, P.A.
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Tel: 305-381-7115 /   Fax: 305-381-7116

## Mark Goldstein

| | |
|---|---|
| **From:** | Tarbe, Susan [Susan@colson.com] |
| **Sent:** | Wednesday, December 31, 2008 10:44 AM |
| **To:** | 'mgoldstein@wolfelawmiami.com'; 'jmwmit69@alum.mit.edu'; 'birdmiles1@bellsouth.net' |
| **Cc:** | 'Adam Schachter'; 'David Pollack'; Martinez, Roberto |
| **Subject:** | Hearing on January 16, 2009 at 10 am before Magistrate Judge Garber - Motion for Sanctions |
| **Attachments:** | Susan Tarbe.vcf |

Mark, we will be moving for sanctions - for attorneys fees, costs and for dismissal of the Second Amended Complaint for Flushing's violation of Judge Garber's Discovery Order of December 5 and failure to provide initial disclosures. Please let us know if you agree. I will be sending you a notice of hearing shortly.

**Susan Tarbe**
The Law Firm of Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, Fl 33134
(305) 476-7400 Work
(305) 476-7444 Fax
Susan@colson.com
www.colson.com

# Mark Goldstein

| | |
|---|---|
| **From:** | Tarbe, Susan [Susan@colson.com] |
| **Sent:** | Wednesday, December 31, 2008 11:11 AM |
| **To:** | 'Garber@flsd.uscourts.gov' |
| **Cc:** | 'mgoldstein@wolfelawmiami.com'; 'jmwmit69@alum.mit.edu'; 'birdmiles1@bellsouth.net'; David Pollack; Martinez, Roberto; 'Adam Schachter'; Stewart, Karen |
| **Subject:** | FW: Notice of Hearing is attached |
| **Attachments:** | copycenter@colson.com_20081231_104950.pdf; Susan Tarbe.vcf |

 

copycenter@colson.com_20081231...   Susan Tarbe.vcf (5 KB)

Attached is our Notice of Hearing on January 16, 2009 at 10:00 a.m. in Flushing v. Stearns Weaver, et al, Case No. 08-20732-Civ-Lenard/Garber on Defendants' Motion for Sanctions for Plaintiff's Violation of Judge Garber's Order of December 5, 2008 and its failure to provide provide initial disclosures. On December 5, 2008, Judge Garber ordered Plaintiff to respond to Defendants' First Set of Interrogatories and Request for Production within 20 days of the date of the Order. Plaintiff has not served any discovery on Defendants. Plaintiff also has failed to provide initial disclosures on December 29, 2008 as agreed to by the parties in the Joint Scheduling Report filed on December 11, 2008.


-----Original Message-----
From: Diaz, Aurora
Sent: Wednesday, December 31, 2008 10:48 AM
To: Tarbe, Susan
Subject: Notice of Hearing is attached



-----Original Message-----
From: copycenter@colson.com [mailto:copycenter@colson.com] On Behalf Of copycenter@
Sent: Wednesday, December 31, 2008 10:50 AM
To: Diaz, Aurora
Subject: Scanned image from Colson Hicks

Reply to: copycenter@colson.com <copycenter@colson.com> Device Name: Colson Hicks Device
Model: MX-M850
Location: 2nd floor

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader4.0 or later version, or Adobe(R)Reader(TM) of Adobe Systems Incorporated to view the document.
Acrobat(R)Reader4.0 or later version, or Adobe(R)Reader(TM) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

   http://www.adobe.com/

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20732-CIV-LENARD/GARBER

FLUSHING GROUP, LLC,

    Plaintiff,

vs.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A., CHAVA
EVE GENET and DAVID ARIE MESSINGER,

    Defendants.

_____/

## NOTICE OF HEARING
*(Motion Calendar)*

PLEASE TAKE NOTICE that a hearing on Defendants' Motion for Sanctions for Plaintiff's violation of Judge Garber's Discovery Order of December 5, 2008 and its failure to provide Initial Disclosures as agreed to in the parties' Joint Scheduling Order and Report filed on December 11, 2008, will be held before the **Honorable Barry L. Garber,** Magistrate Judge of the United States District Court, Southern District of Florida, Courtroom 4, 10th Floor, at the James Lawrence King Building, 99 N.E. 4th Street, Miami, Florida 33132 on **Friday, January 16, 2009 at 10:00 a.m.**

On December 5, 2008, after hearing Defendants' Motion to Compel and for Sanctions on the Court's Discovery Calendar, Judge Barry L. Garber ordered Plaintiff to "fully respond" to Defendants' Interrogatories and Requests for Production within twenty days. (DE 51). Judge

1

**Colson Hicks Eidson**
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008 Telephone (305) 476-7400 Fax: (305) 476-7444

Garber also ruled that Plaintiff, having failed to make timely and specific objections to Defendants' discovery requests, had waived any objections it may have had. The Court denied Defendants' Motion for Sanctions without prejudice.

To date, Plaintiff has failed to serve any responses to Defendants' First Set of Interrogatories and Request for Production.

On December 11, 2008, the parties filed a Joint Scheduling Report and Form in which they agreed to exchange initial disclosures pursuant to Rule 26(a)(1)(c) on December 29, 2008. Defendants served their initial disclosures by electronic mail on December 29, 2008. Plaintiff has failed to serve its initial disclosures as of this filing.

Defendants request this Court to award attorneys' fees and costs and to dismiss the Second Amended Complaint.

Respectfully submitted,

COLSON HICKS EIDSON
255 Aragon Avenue, Second Floor
Coral Gables, Florida 33134
Tel: (305) 476-7400
Fax: (305) 476-7444

By_____
Susan Tarbe
Florida Bar No. 443255
susan@colson.com
Roberto Martinez
Florida Bar No. 305596
bob@colson.com
Dean C. Colson
Florida Bar No. 228702
dean@colson.com
Karen O. Stewart
Florida Bar No. 0691011
karen@colson.com

2

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
David C. Pollack
Florida Bar No. 362972
dpollack@swmwas.com
Adam M. Schachter
Florida Bar No. 647101
aschachter@swmwas.com
150 West Flagler Street
Miami, Florida 33130
Tel:   (305) 789-3200
Fax:   (305) 789-3395
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31st, 2008, I served by email the foregoing Notice of Motion Calendar Hearing on January 16, 2009, at 10:00 a.m. on Defendants' Motion for Sanctions on all counsel of record identified on the attached Service list.

Susan Tarbe

## SERVICE LIST

**George J. Blutstein**
Emeral Hills Professional Park
4700-B Sheridan Street
Hollywood, FL 33021-3416
954-963-9205 Fax: 985-0941
Email: BIRDMILES1@AOL.COM

**Jeffrey Mark Weissman**
Weissman Dervishi Borgo & Nordlund
Emeral Lake Corporate Park
3109 Stirling Road, Suite 101
Fort Lauderdale, FL 33312-6558
954-981-7400 Fax: 989-8068
Email: jmwmit69@alum.mit.edu

**Mark Goldstein**
Wolfe & Goldstein
100 SE Second Street
Suite 3300
Miami, FL 33131
goldsteinmarka@bellsouth.net

**Roberto Martinez**
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351
305-476-7400 Fax: 476-7444
Email: bob@colson.com

**Susan J. Tarbe**
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351
305-476-7400 Fax: 476-7444
Email: susan@colson.com

**Karen Stewart**
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351
305-476-7400 Fax: 476-7444
Email: karen@colson.com

**Adam Michael Schachter**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W Flagler Street, Suite 2200
Miami, FL 33130
305-789-3200 Fax: 789-3395
Email: aschachter@swmwas.com

**David Charles Pollack**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W Flagler Street, Suite 2200
Miami, FL 33130
305-789-3200 Fax: 789-3395
Email: dpollack@swmwas.com

**Colson Hicks Eidson**
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008   Telephone (305) 476-7400  Fax: (305) 476-7444