UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20732-CIV-Lenard/Garber

FLUSHING GROUP, LLC,

    Plaintiff,

v.

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.; CHAVA EVE GENET, and DAVID
ARIE MESSINGER,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court by reference from United states District Judge Joan A. Lenard on the defendants' Motion to Compel Plaintiff to Answer the First Set of Interrogatories and to Respond to the First Request for Production and for Sanctions [DE 34]. The Court has received plaintiff's response in opposition; a hearing was held on said Motion, including the issue pertaining to sanctions.

By Order dated December 5, 2008 [DE 51], the Court ordered the plaintiff to "fully respond to Defendants' Interrogatories and Requests for Production." The Court further held that any objections to such discovery requests had been waived since they had not been timely filed.

The parties had agreed to exchange initial disclosures pursuant to Rule 26(a)(1)(c) on or before December 29, 2008. Plaintiff has failed to comply with either their agreement with opposing counsel or this Court's Order of December 5, 2008.

Although it is true that plaintiff has changed attorneys during the pendency of this litigation, it is also true that their attorney of record at the time of the entry of this Court's December 5 Order had not been replaced and that plaintiff was aware of its discovery obligations.

Mark Goldstein, Esquire, of the firm of Wolfe & Goldstein, P.A., plaintiff's counsel of record, is not held responsible for plaintiff's failure to provide discovery as agreed upon by the parties and as ordered by the Court.  The plaintiff failed to meet its obligations of timely providing requested discovery, resulting in the defendants' incurring legal fees in their efforts to obtain such discovery to which they were entitled.

Although this cause has been closed, it is appropriate for the Court to consider defendants' request for sanctions which was filed prior to the dismissal of this cause. Accordingly, and upon due consideration, it is hereby

ORDERED that defendants' Motion for Sanctions is GRANTED, and defendants are awarded all reasonable and proper legal fees and costs incurred since December 5, 2008, regarding discovery requests and motions for same, said sanction specifically imposed against the plaintiff Flushing Group LLC, and not against its attorneys.  It is further

ORDERED that defendants' attorneys shall submit a statement reflecting time expended on specified legal work and its hourly rate for such legal services.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of January, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE