UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20732-CIV-LENARD/GARBER

FLUSHING GROUP, LLC,

    Plaintiff,

vs.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A., CHAVA
EVE GENET and DAVID ARIE MESSINGER,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING AFFIDAVITS FOR LEGAL FEES

Defendants, the law firm Stearns Weaver Miller and two of its shareholders, Chava Genet and David Messinger (collectively, "Stearns Weaver"), pursuant to the Court's Order of Granting Defendants' Motion for Sanctions, file Defendants' Affidavits for Legal Fees which reflect the time expended on legal work for discovery requests and the motion for sanctions incurred since December 5, 2008.

### Background

On December 5, after a hearing on Defendants' Motion to Compel and for Sanctions arising from Plaintiff's assertions of general objections and failure to respond to Defendants' First Set of Interrogatories and First Request for Production, the Court ordered Plaintiff to respond to Defendants' Interrogatories and Requests for Production within 20 days of its Order. The Court also

1

held that any objections to the discovery requests had been waived. The Court also denied, without prejudice, Defendants' Motion for Sanctions.

After the December 5, 2008 hearing, the parties agreed to exchange initial disclosures on December 29, 2008. Plaintiff failed to provide initial disclosures and to respond to Plaintiff's discovery as ordered by the Court on December 5, 2008. On December 31, 2008, pursuant to the discovery procedures of the Hon. Magistrate Judge Garber, Defendants set down for hearing on January 16, 2009, Defendants' Motion for Sanctions for Plaintiff's violation of Judge Garber's December 5, 2008 Order on Discovery. Shortly thereafter, Plaintiff filed a voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

On January 16, 2009, this Court heard argument from the parties on Defendants' Motion for Sanctions. On January 27, this Court granted Defendants' Motion for Sanctions and awarded Defendants "all reasonable and proper legal fees and costs incurred since December 5, 2008, regarding discovery requests and motions for same." DE74. The Court also ordered Defendants to submit a "statement reflecting time expended on specified legal work and its hourly rate for such legal services."

## Affidavits For Legal Fees

Accordingly, Defendants submit the attached affidavits which include a statement of legal services, description of work performed and hourly rates for the attorneys from Stearns Weaver and Colson Hicks Eidson, respectively, who performed legal work on the discovery requests and motion for sanctions since December 5, 2008.

2

**Colson Hicks Eidson**
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008   Telephone (305) 476-7400  Fax: (305) 476-7444

Respectfully submitted,

COLSON HICKS EIDSON
255 Aragon Avenue, Second Floor
Coral Gables, Florida 33134
Tel: (305) 476-7400; Fax: (305) 476-7444

By: _____/s/_____
Susan Tarbe
Florida Bar No. 443255
susan@colson.com
Roberto Martinez
Florida Bar No. 305596
bob@colson.com
Dean C. Colson
Florida Bar No. 228702
dean@colson.com
Karen O. Stewart
Florida Bar No. 0691011

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
David C. Pollack
Florida Bar No. 362972
dpollack@swmwas.com
Adam M. Schachter
Florida Bar No. 647101
aschachter@swmwas.com
150 West Flagler Street
Miami, Florida 33130
Tel: (305) 789-3200 Fax: (305) 789-3395
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2nd, 2009, I filed the foregoing document electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service list, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, and by e-mail for those counsel or parties who are authorized to receive electronically Notice of Filing.

/s/ Susan Tarbe
Susan Tarbe

**Colson Hicks Eidson**
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008   Telephone (305) 476-7400   Fax: (305) 476-7444

## SERVICE LIST

**George J. Blutstein**
Emerald Hills Professional Park
4700-B Sheridan Street
Hollywood, FL 33021-3416
954-963-9205  Fax: 985-0941
Email: BIRDMILES1@AOL.COM

**Jeffrey Mark Weissman**
Weissman Dervishi Borgo & Nordlund
Emeral Lake Corporate Park
3109 Stirling Road, Suite 101
Fort Lauderdale, FL 33312-6558
954-981-7400 Fax: 989-8068
Email: jmwmit69@alum.mit.edu

**Mark Goldstein**
Wolfe & Goldstein
100 SE Second Street
Suite 3300
Miami, Florida 33131
goldsteinmarka@bellsouth.net

**Roberto Martinez**
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351
305-476-7400 Fax: 476-7444
Email: bob@colson.com

**Susan J. Tarbe**
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351
305-476-7400 Fax: 476-7444
Email: susan@colson.com

**Karen Stewart**
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351
305-476-7400 Fax: 476-7444
Email: karen@colson.com

**Adam Michael Schachter**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W Flagler Street, Suite 2200
Miami, FL 33130
305-789-3200 Fax: 789-3395
Email: aschachter@swmwas.com

**David Charles Pollack**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W Flagler Street, Suite 2200
Miami, FL 33130
305-789-3200 Fax: 789-3395
Email: dpollack@swmwas.com

**Colson Hicks Eidson**
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008  Telephone (305) 476-7400  Fax: (305) 476-7444